**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**In re:**

**DANA R. MILLER A/K/A DANA R. HASLETT**             Bk. No. 13-52024-JPS

    **Debtor**                                                                        Chapter: 13

_____/

**NOTICE OF MORTGAGE PAYMENT CHANGE**

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.**

**Name of creditor:**
**MORTGAGE INVESTORS CORPORATION**

**Court claim no (if known):  5**

**Date of payment change: 04/01/2014**

**Last four digits of any number you use to identify the debtor's account: 7935**

**Must be at least 21 days after date of this notice**

**New total payment: $953.58**
Principal, interest, and escrow, if any

**Part 1: Escrow Account Payment Adjustment**

Will there be a change in the debtor's escrow account payment?

☐ NO
☒ YES. Attach a copy of the escrow account statement, prepared according to applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $196.64         New escrow payment: $198.85

## Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ NO
☐ YES. Attach a copy of the rate change notice, prepared according to applicable non-bankruptcy law. Describe the basis for the change. If the notice is not attached, explain why:

Current interest rate: _____%    New interest rate: _____%

Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ NO
☐ YES. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)
Reason for change: _____
Current mortgage payment: $_____    New mortgage payment: $_____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.    ☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| **Signature:** | **/s/ Ryan Starks, Esquire** | **Date: January 22, 2014** |
|---|---|---|
| **Print:** | Ryan Starks, Esquire, Georgia Bar No. 676512 | |
| **Company:** | Phelan Hallinan & Jones, LLC | |
| **Address:** | 303 Perimeter Center North<br>Suite 800<br>Atlanta, GA 30346 | |
| **Contact phone:** | 770-393-4300 | **Email:** GAMD.bankruptcy@phelanhallinan.com |

**OCWEN**
PO Box 780
3451 Hammond Ave.
Waterloo, IA 50704-0780
1-866-360-5571

**Important Note** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

## ESCROW ANALYSIS STATEMENT

ACCOUNT NUMBER:

PROPERTY ADDRESS:
139 DORA LN
BYRON GA 31008-0000

ANALYSIS DATE: JANUARY 07, 2014

DANA R MILLER
139 DORA LN
BYRON GA  31008-3822

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| FIRE | MAY 2014 | 791.74 | 791.74 |
| COUNTY | DECEMBER 2014 | 1,564.84 | 1,568.02 |
| | TOTAL ANNUAL DISBURSEMENTS: | 2,356.58 | 2,359.76 |
| | TOTAL ESCROW PAYMENT: | 196.38 | 196.64 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $29.65, your new total payment will automatically be adjusted to $951.11 effective with your APRIL 01, 2014 payment. If you do not pay the shortage, your total payment effective APRIL 01, 2014 will be $953.58.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 196.38 | 196.64 |
| Surplus/Shortage | 2.47 | 0.00 |
| Escrow Shortage Spread 12 Months | | |
| Total | 198.85 | 196.64 |
| Principal/Interest | 754.73 | 754.73 |
| Total Payment | 953.58 | 951.37 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

**Any questions regarding changes in the "Estimated Amount of Next Disbursement" should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call:  1-800-256-9962.
To reach our tax department call:  1-877-261-5760.**

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check.  This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

**THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT**



**OCWEN**

**THIS IS NOT A CHECK**
NOTE — you must use this address when remitting your escrow shortage payment

| Account Number | Shortage Amount |
|---|---|
| | 29.65 |

| Total Amount Enclosed   $ |
|---|

JERMAINE MILLER
DANA R MILLER

OCWEN LOAN SERVICING LLC
PO BOX 79162
PHOENIX AZ  85062-9162

If you pay the escrow shortage amount of $29.65, your new payment will be automatically adjusted to $951.11 effective with your APRIL 01, 2014 payment.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check.  This electronic debit will be for the amount of your check.

INTERNET REPRINT

09-20-13

```
ANALYSIS TYPE: 1/6 AGGREGATE                              ACCOUNT NUMBER:
PROJECTED ESCROW BALANCE AS OF: MARCH 31, 2014            1,070.82  *
```

\* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

```
                           PROJECTED      CUR. BAL.     REQ. BAL.
   DATE       RECEIPTS    DISBURSEMENTS  PROJECTIONS   PROJECTIONS
PROJECTED BALANCE                           952.27        981.92
POC SHTG      118.55                      1,070.82
04/01/14      196.38           .00        1,267.20      1,178.30
05/01/14      196.38        791.74-         671.84        582.94
06/01/14      196.38           .00          868.22        779.32
07/01/14      196.38           .00        1,064.60        975.70
08/01/14      196.38           .00        1,260.98      1,172.08
09/01/14      196.38           .00        1,457.36      1,368.46
10/01/14      196.38           .00        1,653.74      1,564.84
11/01/14      196.38           .00        1,850.12      1,761.22
12/01/14      196.38      1,564.84-         481.66        392.76 L
01/01/15      196.38           .00          678.04        589.14
02/01/15      196.38           .00          874.42        785.52
03/01/15      196.38           .00        1,070.80        981.90
```

```
Current Escrow Balance:      440.44

Esc Rcpts to Eff Dt    Esc Disb Prior to Eff Dt

Due Dt   Due Amt       Disb Date   Disb Amt
02/14    196.64
03/14    196.64




*Indicates Sum of Remaining Escrow Payments
&/or Escrow Disbursements to Effective Date.
```

L   ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
                          481.66

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
                          392.76

Section 3:  ➡   **SHORTAGE           29.65**

ESCROW ACCOUNT ACTIVITY (SEPTEMBER 01, 2013 - MARCH 31, 2014)

```
                         PREV PROJ    PREV PROJ                ACTUAL        ACTUAL
   DATE      TXN          AMOUNT       BALANCE    TXN          AMOUNT        BALANCE
06/01/13  PAYMENT         184.79        828.86   PAYMENT       184.79         686.61
07/01/13  PAYMENT         184.79      1,013.65   PAYMENT       184.79         871.40
08/01/13  PAYMENT         184.79      1,198.44   PAYMENT       184.79       1,056.19
BEGINNING BALANCE                     1,174.74                              1,056.19
09/01/13  PAYMENT         196.64      1,371.38   PAYMENT       185.27       1,241.46
10/01/13  PAYMENT         196.64      1,568.02   PAYMENT       185.27       1,426.73
11/01/13  PAYMENT         196.64      1,764.66   PAYMENT       185.27          47.16
11/01/13                     .00      1,764.66   TAX         1,564.84-         47.16
12/01/13  PAYMENT         196.64        393.28   PAYMENT       393.28         440.44
12/01/13  TAX           1,568.02-       393.28                    .00         440.44
01/01/14  PAYMENT         196.64        589.92                    .00         440.44
02/01/14  PAYMENT         196.64        786.56                    .00         440.44
03/01/14  PAYMENT         196.64        983.20                    .00         440.44
```

BANKRUPTCY CASE NO.:  13-52024-JPS

Chapter 13

CERTIFICATE OF SERVICE

I, Ryan Starks, certify that I am over the age of 18 and that a copy of the foregoing Notice of Mortgage Payment Change was served upon the following persons or entities via first class mail, U.S. Mail or by electronic notification:

DANA R. MILLER
139 DORA LANE
BYRON, GA 31008

CALVIN L. JACKSON
1259 RUSSELL PARKWAY, SUITE T
WARNER ROBINS, GA 31088

CAMILLE HOPE, TRUSTEE
P.O. BOX 954
MACON, GA 31202

Dated:    **01/22/2014**           By:    /s/ Ryan Starks, Esquire
                                         Ryan Starks, Esquire
                                         Georgia Bar No. 676512
                                         Phelan Hallinan & Jones, LLC
                                         303 Perimeter Center North
                                         Suite 800
                                         Atlanta, GA 30346
                                         Tel: 770-393-4300 Ext 60024
                                         Fax: 770-393-4310
                                         Email: ryan.starks@phelanhallinan.com
                                         GAMD.bankruptcy@phelanhallinan.com