B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Middle District of Georgia

In re  Jermaine Miller and Dana R Miller  ,          Case No. 13-52024
    Debtor
                                                    Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no. (if known):** 5

**Last four digits of any number you use to identify the debtor's account:** 8 4 3 6

**Date of payment change:** 04/01/2016
Must be at least 21 days after date of this notice

**New total payment:** $ 928.74
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Increase in escrow

Current escrow payment: $ 246.87          New escrow payment: $ 249.06

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☐ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %          New interest rate: _____ %

Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____     New mortgage payment: $ _____

B 10 (Supplement 1) (12/11)                                                                                                  Page 2

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.    ☐ I am the creditor's authorized agent.
                        (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

x /s/ Maria McDevitt                                      Date  2/8/2016
  Signature                                                     mm/dd/yyyy

**Print:**   Maria McDevitt                              **Title**  Bankruptcy Supervisor
             First Name    Middle Name    Last Name

**Company**  Freedom Mortgage Corporation

**Address**  500 Virginia Drive
             Number         Street

             Fort Washington  PA  19034
             City             State  ZIP Code

**Contact phone**  (855) 690-5900                        **Email**  bankruptcy@freedommortgage.com



**FREEDOM MORTGAGE**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

## CONTACT INFORMATION

Customer Care Department 1-855-690-5900
Monday - Friday 8:00a.m. - 10:00p.m. ET
Saturday 9:00a.m. - 6:00p.m. ET
Website: www.freedommortgage.com

0-807-04569-0000271-001-010-000-000-000

JERMAINE MILLER
DANA R MILLER
139 DORA LN
BYRON GA 31008-3822

## LOAN INFORMATION

| | |
|---|---|
| LOAN NUMBER: | 36 |
| ANALYSIS DATE: | 01/26/2016 |
| PAYMENT EFFECTIVE DATE: | 04/01/2016 |

| | PRESENT PAYMENT | NEW PAYMENT as of 04/01/2016 |
|---|---|---|
| PRINCIPAL & INTEREST | $679.68 | $679.68 |
| ESCROW PAYMENT | $246.87 | $230.74 |
| SHORTAGE SPREAD | $0.00 | $18.32 |
| Total | $926.55 | $928.74 |

REPRESENTATION OF PRINTED DOCUMENT

## ESCROW ACCOUNT DISCLOSURE STATEMENT

The Escrow Account Projection is a month-by-month estimate of activity in your escrow account over the next 12 months. Your current escrow balance and all anticipated payments and disbursements are included to determine the Projected Escrow Account Balance. When your escrow balance reaches its lowest point during an account cycle, that balance is targeted to be your cushion amount or low point.

Under Federal Law, your lowest monthly balance in the next 12 months should not exceed $461.48, which is 1/6th of total anticipated annual disbursements from the account, unless your mortgage contract or State law specifies a lower amount. Your actual lowest monthly balance was $241.63. Your current projected low balance is $241.63. Your required low balance is $461.48, creating a shortage of $219.85. The items with an asterisk in your account history may explain this. For further explanations, please call 1-855-690-5900 or write to P.O. Box 50428, Indianapolis, IN 46250-0401.

| ANTICIPATED ANNUAL DISBURSEMENTS | | YOUR ESCROW ACCOUNT PROJECTION | | | | |
|---|---|---|---|---|---|---|
| | | MONTH | ANTICIPATED AMOUNT TO ESCROW | ANTICIPATED AMOUNT FROM ESCROW | DESCRIPTION | PROJECTED ESCROW ACCOUNT BALANCE | REQUIRED ESCROW ACCOUNT BALANCE |
| HOMEOWNERS INS | $1,185.89 | | | | Escrow Account Balance | $966.04 | $1,185.89 |
| COUNTY TAX | $1,583.00 | APR/2016 | $230.74 | | | $1,196.78 | $1,416.63 |
| TOTAL DISBURSEMENTS | $2,768.89 | MAY/2016 | $230.74 | $1,185.89 | HOMEOWNERS INS | $241.63 | $461.48 |
| | | JUN/2016 | $230.74 | | | $472.37 | $692.22 |
| | | JUL/2016 | $230.74 | | | $703.11 | $922.96 |
| | | AUG/2016 | $230.74 | | | $933.85 | $1,153.70 |
| | | SEP/2016 | $230.74 | | | $1,164.59 | $1,384.44 |
| | | OCT/2016 | $230.74 | | | $1,395.33 | $1,615.18 |
| 1/12th Total Annual Disbursements Monthly Deposit | $230.74 | NOV/2016 | $230.74 | | | $1,626.07 | $1,845.92 |
| | | DEC/2016 | $230.74 | $1,583.00 | COUNTY TAX | $273.81 | $493.66 |
| | | JAN/2017 | $230.74 | | | $504.55 | $724.40 |
| | | FEB/2017 | $230.74 | | | $735.29 | $955.14 |
| | | MAR/2017 | $230.74 | | | $966.03 | $1,185.88 |

### PROJECTED ESCROW BALANCE SUMMARY
AS OF 04/01/2016

| | |
|---|---|
| PROJECTED LOW BAL | $241.63 |
| LESS REQUIRED LOW BAL | $461.48 |
| | |
| SHORTAGE | $219.85 |
| ESCROW SHTG PRORATED FOR 12 MONTHS | $18.32 |


SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

**NOTICE:**
Freedom Mortgage is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

Page 1 of 2

---


FREEDOM MORTGAGE

DATE: 01/26/2016
LOAN NUMBER: 0051218436

Page 2 of 2

## ESCROW ACCOUNT HISTORY

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | DISBURSEMENTS FROM ESCROW PROJECTED | DISBURSEMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE |
|---|---|---|---|---|---|---|
|  |  |  |  |  | BEGINNING BALANCE | $0.00 |
| 8/2015 |  | $574.08 |  |  |  | $574.08 |
| 9/2015 |  | $493.74 |  |  |  | $1,067.82 |
| 10/2015 |  | $246.87 |  |  |  | $1,314.69 |
| 11/2015 |  | $246.87 |  | $1,583.00 | * COUNTY TAX | -$21.44 |
| 12/2015 |  | $246.87 |  |  |  | $225.43 |
| 1/2016 |  | $246.87 |  |  |  | $472.30 |

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.
- An asterisk (*) indicates a difference from the projected activity in either the amount or date.
- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.
- Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received were less than OR greater than expected
- Monthly payment(s) received earlier OR later than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

Freedom Mortgage does not recognize property tax deferrals, repayment plans, or third-party property tax lien transfers and will take the necessary action to pay your property taxes to ensure that our mutually vested interest in your property is not at risk. These programs create a lien on your property that takes priority over this mortgage lien in most cases and may result in interest at a high rate owed to the tax collector or a third party, payable over the course of the repayment plan or at the expiration of the deferral period. If you are having trouble making your loan payments and are considering or participating in one of these programs, please contact Freedom Mortgage for assistance at 1-855-690-5900.

## FREQUENTLY ASKED QUESTIONS

Freedom Mortgage is providing you with this statement as a detailed analysis of the activity related to your escrow account. Escrow payments are included in your total monthly mortgage payments and held in reserve for future disbursements for your property taxes, insurance premiums, and/or other escrowed items.

**Q. Why do escrow deposits change?**
When changes in your taxes and/or insurance premiums occur or your escrow account is short of funds, your escrow deposit will adjust resulting in a new monthly payment.

**Q. How often are escrowed loans analyzed?**
Freedom Mortgage analyzes escrowed loans that are current according to the loan terms once every 12 months to determine the appropriate monthly escrow deposit. Additional analysis or payment adjustments may be necessary when there are significant changes in disbursement amounts of escrowed items.

**Q. What does an analysis reveal?**
An analysis determines if adjustments to the escrow deposit are necessary based on escrow disbursements for the upcoming year. If Freedom Mortgage has disbursed an amount higher than anticipated for any escrowed item(s), an escrow shortage may be created and a payment coupon will accompany the analysis. If Freedom Mortgage disbursed an amount lower than anticipated for any escrowed item(s), an overage may be created and a surplus check may accompany the analysis.

**Q. Is a cushion in an escrow account necessary?**
Yes, Freedom Mortgage requires a two month escrow cushion, where permitted by state law, to ensure there are sufficient funds for unanticipated disbursements.

**Q. How is a shortage collected?**
Shortages are collected over a 12 month period.

**Q. How can you get additional information on your escrow account?**
If you need more information, please contact us at 1-855-690-5900 or visit our web site at www.freedommortgage.com.

UNITED STATES BANKRUPTCY COURT OF GEORGIA
MIDDLE DISTRICT OF
MACON DIVISION

IN RE: Jermaine Miller ) Case No. 13-52024
Dana R Miller )
)
)
Debtor(s) ) Chapter 13

## CERTIFICATE OF SERVICE

I, Maria McDevitt hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and

That on this day, I served a copy of the foregoing pleading upon the following parties either by electronic notice in accordance with the local rules or by depositing the same in the United States mail, first class, postage prepaid and addressed as follows:

Debtor
  Jermaine Miller
  Dana R Miller

Attorney for Debtor(s)
  Calvin L Jackson Attorney At Law
  1259 Russell PKWY Ste T
  Warner Robins GA 31088

Trustee
  Camille Hope
  PO Box 954
  Macon GA 31202

Freedom Mortgage Corporation
10500 Kincaid Blvd
Fishers, IN 40635
By: /s/ Maria McDevitt
Maria McDevitt
Bankruptcy Supervisor
10500 Kincaid Drive
Fishers, IN 46037
bankruptcy@freedommortgage.com
855-690-5900